203 So.2d 556

**Geneva THOMAS, Natural Tutrix**

v.

**MATTHEWS LUMBER COMPANY OF
MANSFIELD, INC.**

No. 48889.

Nov. 6, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.